# EXHIBIT A

## *Summary of Time Expended*

| | |
|---|---|
| 1. Drafting and reviewing pleadings: | 6.5 hours |
| 2. Case Review/Legal Research: | 1.5 hours |
| Total Hours: | 8 hours |
| Hourly Rate: | $250.00 |
| Total Attorney Fees | **$2,000.00** |

| **Date/Service:** | **Time(Hours):** |
|---|---|
| 3/26/2018 – review of Notice of Removal | 1 hour |
| 4/12/2018 – legal research | 1.5 hours |
| 4/16/2018 – drafting remand motion/memorandum of law | 3 hours |
| 4/18/2018 – drafting/finalizing remand memorandum of law | 2.5 hours |